| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Stapleton, Walter K. | 2. Court or Organization U.S. Court of Appeals for the Third Circuit | 3. Date of Report 05/03/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address Federal Building 844 King Street - Lockbox 33 Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member - Board of Directors | Buck & Doe Trust, Inc. (non-profit/conservation corporation) -- I have no beneficial interest in the assets of this charitable corporation. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Stapleton, Walter K.

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Chester County Country Properties (real estate brokerage firm) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period — (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period — (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period — (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Baxter Int'l Com. | A | Dividend | K | T | | | | | |
| 2. Conoco Phillips Com. | A | Dividend | K | T | | | | | |
| 3. J&J Com. | A | Dividend | K | T | | | | | |
| 4. Marathon Oil Corp. Com. | A | Dividend | K | T | | | | | |
| 5. Merck Com. | A | Dividend | K | T | | | | | |
| 6. Pepsico Com. | A | Dividend | K | T | | | | | |
| 7. Kimberly Clark Com. | B | Dividend | K | T | | | | | |
| 8. Southern Co. Com. | B | Dividend | K | T | | | | | |
| 9. Exxon Mobil | A | Dividend | K | T | | | | | |
| 10. General Electric | A | Dividend | K | T | | | | | |
| 11. 3M Corp. | A | Dividend | K | T | | | | | |
| 12. SEI Tax Exempt Trust Account | A | Dividend | K | T | | | | | |
| 13. Allied Cap. Com. | | None | | | Merged (with line 14) | 04/05/10 | J | | |
| 14. Ares Cap. Corp. | A | Dividend | J | T | | 04/05/10 | J | | |
| 15. Chubb Com. | A | Dividend | K | T | | | | | |
| 16. Cisco Sys. Com. | | None | K | T | | | | | |
| 17. Emerson Elec. Com. | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Teleflex Com. | A | Dividend | J | T | | | | | |
| 19. Acorn II LP (*org. inv. Ponzi scheme; present value unknown) | | None | L | T | | | | | |
| 20. PA St. Bd. | | None | | | Redeemed | 03/15/10 | K | | |
| 21. West View PA Bd. | B | Interest | L | T | | | | | |
| 22. Clarco Inc. | A | Dividend | K | T | | | | | |
| 23. Wrigley Co. Com. (sale 10/07/08 omitted from prior report) | | None | | | Sold | | K | E | |
| 24. Fleetwood PA Bd. 6/1/16 | B | Interest | K | T | | | | | |
| 25. J.M.Schmucker Co. | A | Dividend | K | T | | | | | |
| 26. Vanguard Emg. Mkt. ETF | A | Dividend | K | T | | | | | |
| 27. Vanguard FTSE All World ex. U.S. | A | Dividend | K | T | | | | | |
| 28. IShares MSCI Pac. ex. Japan | A | Dividend | K | T | | | | | |
| 29. Hewlett Packard | A | Dividend | K | T | | | | | |
| 30. AT&T | B | Dividend | K | T | | | | | |
| 31. Hummelstown PA Bd. 11/15/24 | B | Interest | K | T | | | | | |
| 32. West Chester Area Sch. | A | Interest | | | Redeemed | 05/17/10 | L | | |
| 33. Spring Ford Area Sch. | A | Interest | K | T | | | | | |
| 34. Warwick PA Sch. | C | Interest | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IShares HK China | A | Dividend | J | T | | | | | |
| 36. IShares Malaysia | A | Dividend | J | T | | | | | |
| 37. IShares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 38. IShares S&P Europe | A | Dividend | K | T | | | | | |
| 39. IShares Dow Jones Select | A | Dividend | J | T | | | | | |
| 40. StreetTracks Index (Wilshire International) | | None | | | Sold | 02/24/10 | J | A | |
| 41. Duke Energy | A | Dividend | K | T | | | | | |
| 42. Nuveen Fd. | B | Dividend | K | T | | | | | |
| 43. Buckeye Partners | D | Interest | M | T | | | | | |
| 44. Johnson &Johnson Com. | B | Dividend | L | T | | | | | |
| 45. Merck & Co. Com. | B | Dividend | K | T | | | | | |
| 46. Real Estate Chester Co. PA (App.Date 4/12/94) | | None | N | Q | | | | | |
| 47. Star Bancorp. | A | Dividend | L | T | | | | | |
| 48. U.S. Bancorp (formerly Firstar Corp) | A | Dividend | K | T | | | | | |
| 49. Polymedix | | None | J | T | | | | | |
| 50. Fleetwood PA Bd. | B | Interest | L | T | | | | | |
| 51. PA-exempt Mun. Bd. | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bucks Co. Water & Sewer | B | Interest | K | T | | | | | |
| 53. South Butler Co. PA Sch. | | None | | | Redeemed | 03/11/10 | K | | |
| 54. Monroe Co. PA | A | Interest | K | T | | | | | |
| 55. Powershares Exch. | A | Interest | J | T | | | | | |
| 56. Phoenixville PA Sch. Bd. | B | Interest | L | T | | | | | |
| 57. Berkshire Hathaway CLB (exch for Berkshire Hathaway, Inc.) | A | Dividend | J | T | | 01/21/10 | J | | |
| 58. IShares Nasdaq Biotech | | None | J | T | | | | | |
| 59. Powershares Tr. Wilder | | None | J | T | | | . | | |
| 60. IShares U.S. Aerospace PTF | A | Dividend | J | T | | | | | |
| 61. IShares S&P Global | A | Dividend | J | T | | | | | |
| 62. . | | | | | | | | | |
| 63. IRA- | D | Int./Div. | N | T | | | | | |
| 64. - StreetTracks Gold Trust | | | | | | | | | |
| 65. - IShares S&P Mid. Cap. | | | | | | | | | |
| 66. -IShares DJ US Util. | | | | | | | | | |
| 67. - IShares US Healthcare | | | | | | | | | |
| 68. - IShares FTSE Xinhua | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.    - IShares Trust-Dow J Sel. Div. | | | | | | | | | |
| 70.    - IShares T NASDAQ | | | | | | | | | |
| 71.    - IShares Russell 1000 Gwth. | | | | | | | | | |
| 72.    - Vanguard Total Market | | | | | | | | | |
| 73.    - Plum Creek Timber Co. | | | | | | | | | |
| 74.    - ML Bank USA RASP account | | . | | | | | | | |
| 75.    - Powershares Tr. Wilder Hill Clean Energy | | | | | | | | | |
| 76.    - IShares MSCI Japan Ind. | | | | | Sold | 11/09/10 | J | A | |
| 77.    - IShares S&P Latin. Am. | | | | | | | | | |
| 78.    - Powershares DB Commodity | | | | | | | | | |
| 79.    - IShares Singapore | | | | | | | | | |
| 80.    - IShares So. Africa | | | | | | | | | |
| 81.    - IShares Trust DJ US Ind. | | | | | | | | | |
| 82.    - Powershares Exchange | | | | | | | | | |
| 83.    - Sector SPDR Consumers | | | | | | | | | |
| 84.    - Retirement Res. CLI account | | | | | | | | | |
| 85.    - Berkshire Hathaway CLB (exch. for Berkshire Hathaway Inc. | | | | | | 01/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - IShares Tr. Dow US | | | | | | | | | |
| 87. - IShares S&P Global | | | | | | | | | |
| 88. - Powershares Cleantech | | | | | | | | | |
| 89. - Powershares Wilterhill | | | | | | | | | |
| 90. - Powershares Global Water | | | | | | | | | |
| 91. - Alps Alerian MLP ETF | | | | | Buy | 09/17/10 | K | | |
| 92. | | | | | | | | | |
| 93. Ches. Co. Country Properties SEP - | D | Int./Div. | O | T | | | | | |
| 94. - BerkshireHathaway CLB (exch for Berkshire Hathaway, Inc | | | | | | 01/21/10 | J | | |
| 95. - US Treas. Inflation Note 4/15/10 | | | | | Redeemed | 04/15/10 | M | | |
| 96. - BAC STEPS F | | | | | Buy | 02/24/10 | K | | |
| 97. - Templeton Global Total | | | | | Buy | 10/22/10 | L | | |
| 98. - US Treas. Inflation Note | | | | | Buy | 08/27/10 | L | | |
| 99. - US Treas. Inflation Note 1/15/15 | | | | | | | | | |
| 100. - ML Bank USA RASP account | | | | | | | | | |
| 101. - US Treas. Inflation Note 1/15/20 | | | | | Buy | 12/14/10 | L | | |
| 102. - CD Discover Bank | | | | | Redeemed | 03/01/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - US Treas. Inflation Note 4/15/12 | | | | | | | | | |
| 104. - ML&Co. SRN MLFI-TR | | | | | | | | | |
| 105. - US Treas. Inflation Note 7/15/20 | | | | | Buy | 08/27/10 | L | | |
| 106. - Endowment TEI Fund | | | | | | | | | |
| 107. - U.S. Treas. Inflation Note 1/15/18 | | | | | | | | | |
| 108. - Natixis ASG Global | | | | | | | | | |
| 109. - BAC Capped LIRN | | | | | Redeemed | 08/31/10 | K | | |
| 110. - CD Discover Bank | | | | | | | | | |
| 111. - BAC Clim. Rogrere | | | | | Buy | 10/29/10 | K | | |
| 112. | | | | | | | | | |
| 113. T. Rowe Price Sci.&Tech.Fd. | | None | J | T | | | | | |
| 114. Exxon Com. | A | Dividend | J | T | | | | | |
| 115. 9.5/120th Int. ▨ Ptship (App. 01/15/98) (Randolph Co. GA) | A | Rent | L | Q | | | | | |
| 116. Acorn II LP (* org. inv. Ponzi scheme; present value unknown | | None | L | T | | | | | |
| 117. Real Estate Hancock Co. ME (2001- $280,000) | C | Rent | O | R | | | | | |
| 118. Gen. Elec. Com. | A | Dividend | K | T | | | | | |
| 119. SEI Tax Exempt Trust account | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Kimberly Clark Com. | B | Dividend | K | T | | | | | |
| 121. Cincinnati Fin. Corp. Com. | A | Dividend | K | T | | | | | |
| 122. SEI Investments Co. | A | Dividend | K | T | | | | | |
| 123. EMC Corp. Mass. Com. | | None | | | Sold | 05/04/10 | K | A | |
| 124. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 125. Medtronics | A | Dividend | K | T | | | | | |
| 126. Duke Realty | A | Dividend | J | T | | | | | |
| 127. Rayonier, Inc. | B | Dividend | K | T | | | | | |
| 128. Stericycle, Inc. | | None | K | T | | | | | |
| 129. Clarcor, Inc. | | None | | | Sold | 05/04/10 | K | D | |
| 130. Fleetwood PA Bd. | B | Interest | L | T | | | | | |
| 131. RPM Intern. Inc. | | None | | | Sold | 05/04/10 | K | | |
| 132. Polymedix Inc. | | None | J | T | | | | | |
| 133. City Nat. Bank | | None | | | Sold | 05/04/10 | K | | |
| 134. Graco Inc. | A | Dividend | K | T | | | | | |
| 135. Pine Grove Sch. Bd. | A | Interest | K | T | Buy | 06/08/10 | K | | |
| 136. AT&T Inc. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 138. Genesee & Wyo. Inc. | | None | K | T | | | | | |
| 139. Donaldson Inc. | A | Dividend | K | T | Buy | 05/04/10 | K | | |
| 140. Flowserve Corp. | A | Dividend | K | T | Buy | 05/04/10 | K | | |
| 141. BP PLC Spons ADR | | None | K | T | Buy | 05/04/10 | K | | |
| 142. IShares MSCI Pac. ex. Japan | B | Dividend | K | T | Buy | 05/04/10 | K | | |
| 143. Bar Harbor Bankshares | A | Dividend | K | T | Buy | 05/04/10 | K | | |
| 144. CMA PA Mun. account | B | Interest | M | T | | | | | |
| 145. Phila. PA Sch. Dist. Bd. | A | Interest | | | Redeemed | 06/01/10 | L | | |
| 146. Perkiomen Sch. Dist. Bd. | B | Interest | K | T | | | | | |
| 147. West Shore Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 148. Warwick PA Sch. Dist. Bd. | C | Interest | M | T | | | | | |
| 149. N. Pocono Sch. Dist. Bd. | C | Interest | M | T | | | | | |
| 150. Council Rock Sch. Dist. Bd. | C | Interest | M | T | | | | | |
| 151. PA St. First | B | Interest | L | T | | | | | |
| 152. CD Western Bank PR | C | Interest | K | T | | | | | |
| 153. Indiana Cnty. PA Bd. | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Phoenixville PA Sch. Bd. | B | Interest | L | T | | | | | |
| 155. Somerset PA Auth. Bd. | C | Interest | L | T | | | | | |
| 156. Monroeville PA Bond | A | Interest | K | T | Buy | 03/22/10 | K | | |
| 157. Unionville-Chadds Ford Bd | B | Interest | K | T | Buy | 03/19/10 | L | | |
| 158. Lower Allen PA Bd | B | Interest | L | T | Buy | 02/22/10 | L | | |
| 159. Unionville-Chadds Ford Bd | A | Interest | K | T | Buy | 03/19/10 | K | | |
| 160. Sigma Aldrich | A | Dividend | K | T | | | | | |
| 161. Stericycle | | None | K | T | | | | | |
| 162. Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 163. CMA PA Municipal account | B | Interest | L | T | | | | | |
| 164. Phila. Sch. Dist. Bd. | A | Interest | | | Redeemed | 06/01/10 | L | | |
| 165. Del. Valley Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 166. Perkiomen Sch. Dist. Bd. | B | Interest | L | T | | | | | |
| 167. Nashaminy Sch. Dist. | A | Interest | J | T | | | | | |
| 168. Pa. TPK CML OIL | C | Interest | L | T | | | | | |
| 169. Pa. St. Bond | B | Interest | K | T | | | | | |
| 170. West Chester Pa. Area Sch. Dist. Bd. | A | Interest | | | Redeemed | 05/17/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Spring-Ford Pa. Bd. | A | Interest | K | T | | | | | |
| 172. Pa. State Bd. | A | Interest | K | T | | | | | |
| 173. Erie Indmnity Co. | A | Dividend | K | T | | | | | |
| 174. Vanguard Emer. Mkts ETF | A | Dividend | K | T | | | | | |
| 175. Vanguard FTSE All-World Ex. US | A | Dividend | K | T | | | | | |
| 176. Graco | A | Dividend | K | T | | | | | |
| 177. SPDR SP Bric 40 | A | Dividend | J | T | | | | | |
| 178. Lower Gwynedd TWP Bd. | A | Interest | K | T | | | | | |
| 179. Duke Energy | B | Dividend | K | T | | | | | |
| 180. Vanguard All World Ex. US | A | Dividend | K | T | | | | | |
| 181. Vanguard Emer. Mkts ETF | A | Dividend | K | T | | | | | |
| 182. U.S. Bancorp | A | Dividend | | | Sold | 05/04/10 | K | E | |
| 183. Alps Alerian MLP ETF | A | Dividend | K | T | Buy | 11/23/10 | K | | |
| 184. Mechanicsburg Pa Bd. | A | Interest | K | T | Buy | 02/19/10 | K | | |
| 185. Chester Co. Pa Bd. | A | Interest | K | T | Buy | 02/12/10 | K | | |
| 186. Real Estate Chester Co. Pa (4/27/10) | | None | N | R | Buy | 04/27/10 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The ▒ partnership owns ▒ timberland in Randolph County, GA. I am a general partner. My total interest is 9.5/120th. Partnership income is derived from hunting leases and the sale of timber.

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Walter K. Stapleton

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544